IN THE MATTER OF THE 1984 MUNICIPAL BUDGET OF
CINNAMINSON TOWNSHIP, BURLINGTON COUNTY.

September 5, 1985.

Petition for certification denied.

JOSEPH PAPLIA v. LIBERTY MUTUAL
INSURANCE COMPANY.

September 5, 1985.

Petition for certification denied.

EMILIE BUBB v. MICHAEL BUBB.

September 5, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE WASHINGTON.

September 5, 1985.

Petition for certification denied.